Case Number: 09-55811  
Debtor Name: OSWALD, JAMES L.  
Date: October 29, 2010  
PROPOSED DISTRIBUTION

FILED  
2010 NOV -1 PM 2:00  
U.S. BANKRUPTCY COURT  
NORTHERN DISTRICT OF OHIO  
AKRON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $5,725.49 |
| | Marc P. Gertz, Trustee, 11 S. Forge St., Akron OH 44304 | Administrative | 100 | $1,322.55 | $0.00 | $1,322.55 | $1,322.55 | $4,402.94 |
| | Marc P. Gertz, Trustee, 11 S. Forge St., Akron OH 44304 | Administrative | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $4,402.94 |
| Subtotals For Class Administrative 100.00% | | | | $1,322.55 | $0.00 | $1,322.55 | $1,322.55 | |
| 1 | American Infosource Lp As Agent for World Financial Network National Bank As Levin Furniture, PO Box 248872, Oklahoma City, OK 73124-8872 | Unsecured | 300 | $5,565.61 | $0.00 | $5,565.61 | $521.04 | $3,881.90 |
| 2 | Mark A. Panigutti, MD (SP) OrthoWest, Ltd. 7255 Old Oak Blvd., C405, Cleveland, OH 44130-3331 | Unsecured | 300 | $110.20 | $0.00 | $110.20 | $10.32 | $3,871.58 |
| 3 | Southwest Orthopaeics, Inc. P.O. Box 73957, Cleveland, OH 44193 | Unsecured | 300 | $592.62 | $0.00 | $592.62 | $55.48 | $3,816.10 |
| 4 | Medina General Hospital, 1000 East Washington Street, Medina, OH 44256 | Unsecured | 300 | $36.33 | $0.00 | $36.33 | $3.40 | $3,812.70 |
| 5 | Chase Bank USA, N.A, c/o Creditors Bankruptcy Service, P O Box 740933, Dallas, Tx 75374 | Unsecured | 300 | $1,585.97 | $0.00 | $1,585.97 | $148.47 | $3,664.23 |
| 6 | Recovery Management Systems Corporation, For GE Money Bank dba CARECREDIT/GEMB, 25 SE 2nd Ave Ste 1120, Miami FL 33131 | Unsecured | 300 | $2,688.93 | $0.00 | $2,688.93 | $251.73 | $3,412.50 |
| 7 | U.S. Bank N.A., P.O. Box 5229, Cincinnati, OH 45201 | Unsecured | 300 | $1,514.22 | $0.00 | $1,514.22 | $141.76 | $3,270.74 |
| 8 | U.S. Bank N.A., P.O. Box 5229, Cincinnati, OH 45201 | Unsecured | 300 | $6,370.81 | $0.00 | $6,370.81 | $596.42 | $2,674.32 |
| 9 | U.S. Bank N.A., P.O. Box 5229, Cincinnati, OH 45201 | Unsecured | 300 | $14,811.42 | $0.00 | $14,811.42 | $1,386.60 | $1,287.72 |
| 10 | U.S. Bank N.A., P.O. Box 5229, Cincinnati, OH 45201 | Unsecured | 300 | $13,755.30 | $0.00 | $13,755.30 | $1,287.72 | $0.00 |
| Subtotals For Class Unsecured 9.36% | | | | $47,031.41 | $0.00 | $47,031.41 | $4,402.94 | |
| | Totals | | | $48,353.96 | $0.00 | $48,353.96 | $5,725.49 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

ck #1011  
receipt #81895

Date printed 10/29/2010 10:40 AM